ASH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Celestine Musiteke Nduakala,
Petitioner,
v.
Eric Rokosky,
Respondent.

No. CV 26-03046-PHX-JCH (MTM)

**ORDER**

On May 1, 2026, Petitioner filed a *pro se* Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus challenging his immigration detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1). On May 6, 2026, the Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 3). In their Response (Doc. 6), Respondents indicate that Petitioner was ordered removed from the United States on December 31, 2026, and that they were "working to remove Petitioner." (*Id.* at 4). No further filings have been made, however, and it is unclear whether Petitioner has been removed.

Accordingly, the Court will direct Respondents to provide an update on their efforts to effectuate Petitioner's removal within seven days of this Order.

. . . .

. . . .

. . . .

. . . .

**IT IS THEREFORE ORDERED** that Respondents must file an update on their efforts to remove Petitioner within **seven (7) days** of the date of this Order.

Dated this 5th day of November, 2026.

John C. Hinderaker
United States District Judge